## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KEITH MOORE**                                                 **PLAINTIFF**
**ADC #111979**

v.                              **No. 3:25-cv-7-DPM-JJV**

**RUSSELL BRINSFIELD, Sheriff, Jackson**
**County;  CURT COOPER, Jail**
**Administrator, Jackson County Sheriff**
**Department;  and AUDREY**
**HUDDLESTON, Nurse, Jackson County**
**Sheriff Department**                                          **DEFENDANTS**

### ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 47*, as supplemented.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The competing motions for summary judgment, *Doc. 35 & 38*, are denied.

The case remains referred to Judge Volpe to handle all pretrial matters including appointment of counsel for Moore.  The Court requests the parties to consider consenting to Judge Volpe presiding over any needed trial and eventual entry of Judgment.  The Court directs the Clerk to send consent forms with a copy of this Order to the parties.  If all parties do not notify the Clerk of Court by 31 August 2026 that they consent, I will issue a Final Scheduling Order with pretrial deadlines and a trial date.

-2-

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

13 July 2026

-2-